JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KIM PACE-WHITE, <br>     Petitioner, <br>     v. <br> LATTIMORE, Warden, <br>     Respondent. | Case No.   EDCV 09-01143 SJO (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order.

*S. James Otero*

DATED: July 9, 2009

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY